| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>November 05, 2020<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

JOE MORRIS THOMPSON,

       Defendant.

Case No.  2:20-mj-166-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOE MORRIS THOMPSON ,

Case No.  2:20-mj-166-JDP  Charge 18 USC § 3583 , from custody for the following reasons:

    X    Release: On previously imposed conditions of sup. release

          Bail Posted in the Sum of $

          Unsecured Appearance Bond $

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

    X    **(Other): To be released at 9 AM on 11/6/2020 and ordered to report immediately to the US Marshal's Office at 501 I Street, Sacramento, CA for processing.**

Issued at Sacramento, California on November 05, 2020 at __2:55 pm___.

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE